**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-02219-003-TUC-RM (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| John Tibor Vigh, | |
| Defendant. | |

Defendant John Tibor Vigh—who is charged by indictment with transportation of undocumented aliens and conspiracy to transport undocumented aliens in violation of 8 U.S.C. § 1324 (Doc. 8)—has moved to sever his trial from that of his co-defendant Jacarah Gonzalez. (Doc. 92.) Defendant argues in the Motion to Sever that the indictment's allegations against him rest largely on Jacarah Gonzalez's out-of-court confession, which is inadmissible against Vigh. (*Id.* at 1-3.)

The Government filed a Response, stating that it does not oppose a severance in the event it elects to introduce Jacarah Gonzalez's complete, unredacted out-of-court statements at trial against her. (Doc. 106 at 2.) However, the Government reserves the right to object to a severance if it decides not to introduce Gonazalez's statements or if it redacts them to comply with *Bruton v. United States*, 391 U.S. 123 (1968). (*Id.* at 2-3.)

. . . .

. . . .

. . . .

To assist the Court in resolving Defendant's Motion to Sever, the Court will order the Government to file proposed redactions of any out-of-court statements by Jacarah Gonzalez that the Government may elect to introduce at trial.

**IT IS ORDERED** that Defendant's Motion to Sever (Doc. 92) is **taken under advisement**.

**IT IS FURTHER ORDERED** that, within **fourteen (14) days** of the date this Order is filed, the Government shall file proposed redactions of any out-of-court statements by Jacarah Gonzalez that the Government may elect to introduce at trial.

**IT IS FURTHER ORDERED** that, within **seven (7) days** of service of the Government's proposed redactions, Defendant shall file a Response stating whether the proposed redactions resolve the concerns raised in his Motion for Severance.

Dated this 3rd day of September, 2021.

Honorable Rosemary Márquez
United States District Judge